# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM SHAREEF** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CHRYSLER CAPITAL** | : | **NO. 21-3858** |

## ORDER

**NOW**, this 7th day of April, 2022, upon consideration of the plaintiff's complaint and motion to proceed *in forma pauperis,* **IT IS ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.